UNITED STATES DISTRICT COURT
~~EASTERN~~ Southern DISTRICT OF NEW YORK
---------------------------------------------------x
People ex rel
Michael N Kelsey
~~Plaintiff~~, Relator

-against-

Angeline Stevenson

~~Defendant~~. Resp.
---------------------------------------------------x

26CV6311

NOTICE OF MOTION

SIRS/ Madams:

PLEASE TAKE NOTICE that upon the

Michael N. Kelsey, ~~sworn to or~~ affir

the complaint herein, plaintiff will move this

Room - | United States Courthouse, ____

____________, ___, at __ __________ or as s

for an order pursuant to Rule of the Fe

Acceptance of a "mixed" Petitio

of schedule inclusive consideration of

Dated: Brooklyn, New York

,

Petitioner's applications for a TRO and preliminary/permanent injunctive relief and for "acceptance of a 'mixed petition" (*see* Docs. 5-8) are denied without prejudice. Petitioner's Notices of Motion (Docs. 5 and 7) do not specify the applicable Federal Rules of Civil Procedure pursuant to which the respective applications are brought. (*See* Local Civil Rule 7.1). In any event, Petitioner's Notices of Motion and supporting documentation (Docs. 5-8) also violate the Court's Individual Practices pertaining to temporary restraining orders and injunctive relief.

Accordingly, the application is denied for failure to comply with the Federal Rules of Civil Procedure, the Local Civil Rules, and the Court's Individual Practices.

The Clerk of Court is respectfully requested to mail a copy of this Order to Petitioner and terminate the motion sequences pending at Docs. 6 and 8.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 21, 2026

Michael N Kelsey
Signature

Michael N. Kelsey
Pri~~nt Name of~~ Plaintiff, Pro Se Relator

16A4286 Hudson CF
Address

50 E. Court ST Hudson NY
12534

TO: (Put Name and Address of
Each Defendant's Attorney)